# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HECTOR MADRIGAL,**

        **Plaintiff,**

**v.**                                                    **Case No:   6:13-cv-575-Orl-31GJK**

**PROGRESS ENERGY SERVICE
COMPANY, LLC and LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON,**

        **Defendants.**

_____

# ORDER

This cause comes before the Court on Plaintiff's Memorandum in Opposition to Defendants' Bill of Costs and Memorandum of Law in Support of its Bill of Costs (Doc. No. 41), filed May 30, 2014, and construed as a Motion to Review Bill of Costs.

On June 30, 2014, the United States Magistrate Judge issued a report (Doc. No. 45) recommending that Defendants be awarded costs as billed.   No objection to that report was filed. Therefore, it is

      **ORDERED** as follows:

      1.      The Report and Recommendation (Doc. No. 45) is **CONFIRMED** and

              **ADOPTED** as part of this Order.

2.     The Plaintiff's Memorandum in Opposition to Defendants' Bill of Costs and

Memorandum of Law in Support of its Bill of Costs (Doc. No. 41) is **DENIED**.

3.     Defendants are awarded $232.25 in costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 17, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party